[Criminal No. 192.]

BERT NOFTZ, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. George R. Davis, Judge.

No appearances.

March 30, 1905.

THE COURT.—The condition of the record on appeal in

this case is the same as that in the case of *Figueroa* v. *Territory, ante,* p. 266, 80 Pac. 328. In the absence of any brief on the part of the appellant pointing out any supposed error, we have ourselves examined the record. We find no error apparent upon the face of the record, and the judgment of the district court is affirmed.